

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/25

**MEMORANDUM ENDORSED**

55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603-5127
TELEPHONE: 312-641-0060
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

DAVID S. BECKER
DBecker@dickinsonwright.com
312-377-7881

April 29, 2025

**Via ECF**

The Honorable Gregory H. Woods, U.S.D.J.
United Stated District Court for the
 Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   Great Bowery, Inc. v. Valnet, Inc., Case No. 1:25-cv-01236
      **Unopposed Request for Adjournment of Pre-Motion Conference**

Dear Judge Woods:

I write regarding Plaintiff's unopposed request for adjournment of the pre-motion conference that has been scheduled for Friday, May 2, 2025 at 11:00 am. (ECF 20). Due to an unavoidable, pre-existing scheduling conflict I will be unavailable to participate in a conference at the time scheduled by the Court. I have conferred with opposing counsel about this request and the parties' mutual availability on Monday, May 5, 2025 or Tuesday, May 6, 2025 at the same time and both parties counsel can be available at those times. As discussed in this Court's individual rules of practice: this is the first request for adjournment of this date from either party; Plaintiff's counsel is requesting this adjournment because of a pre-existing scheduling conflict that will cause counsel to be unavailable for a conference throughout the day on Friday, May 2nd; and the parties' counsel have conferred and Defendant's counsel consents to re-scheduling the conference. As additional information, in the event neither May 5th nor May 6th are available on the Court's schedule, I will also be traveling from May 7th through May 9th and will be unavailable on those days. I appreciate the Court's consideration of this request.

Respectfully submitted,

David S. Becker

---

Application granted. Plaintiff's request that the Court reschedule the May 2, 2025 conference, Dkt. No. 21, is granted. The conference scheduled for May 2, 2025 will now be held on May 1, 2025 at 2:00 p.m. A trial is scheduled to begin before the Court on May 5, 2025. The trial is expected to last at least three weeks. The Court's preference is to hold the conference before the trial to ensure that this action moves forward expediently. If the parties are not available on May 1, 2025 at 2:00 p.m., the Court may not be available for a conference until late May 2025 at the earliest.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.

Dated: April 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---