```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
GREAT BOWERY, INC., *doing business as* Trunk :
Archive, :
: 1:25-cv-1236-GHW
Plaintiff, :
: <u>ORDER</u>
-against- :
:
VALNET, INC., :
:
Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the telephone conference held on May 1, 2025, Defendant's motion to dismiss is due by May 19, 2025; Plaintiff's opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

    As discussed on the record, to the extent that Defendant's motion relies on matters of foreign law, the Court expects that Defendant will support its motion with a sworn declaration from foreign counsel. The assertions in any such declaration should be supported with citations to applicable foreign law.

    Discovery in this case is stayed pending the resolution of Defendant's motion to dismiss. The initial pretrial conference scheduled for May 28, 2025 is adjourned *sine die*.

    SO ORDERED.

Dated: May 2, 2025
New York, New York

                                              GREGORY H. WOODS
                                          United States District Judge