**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GREAT BOWERY, INC., d/b/a "TRUNK
ARCHIVE,"

                                Plaintiff,

                    -against-                                                    25 **CIVIL** 1236 (GHW)

                                                                                          **JUDGMENT**
VALNET, INC.,

                                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated November 23, 2025, Defendant's motion to dismiss is GRANTED, subject to the following conditions: (1) Defendant consents to Great Bowery amending the Canadian Complaint to include the remaining two photographs; and (2) Defendant waives any statute of limitations defenses that have arisen since the commencement of the Canadian Action with respect to the addition of those two photographs; accordingly, the case is closed.

**Dated:**  New York, New York

    November 25, 2025

                                                                    **TAMMI M. HELLWIG**
                                                            _____
                                                                        **Clerk of Court**


                                        **BY:**  _____
                                                                    **Deputy Clerk**